UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA LOUISE SHIPP and NICK SHIPP;<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.; a Corporation, ALEXIA DE LA CUEVA, an individual,,<br><br>Defendants. | No.  1:25-cv-00447-KES-CDB<br><br>ORDER REGARDING STIPULATION TO REMAND REMOVED ACTION<br><br>Doc. 10 |

Pursuant to the parties' stipulation filed on October 1, 2025 (Doc. 10), and good cause appearing, this action shall be remanded back to the Kern County Superior Court.  The Clerk of Court is directed to mail a copy of this order to the Kern County Superior Court and close this case.

IT IS SO ORDERED.

Dated:   October 2, 2025

_____
UNITED STATES DISTRICT JUDGE

1